BENJAMIN B. WAGNER
United States Attorney

BRIAN H. CORCORAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington D.C. 20044
Tel: (202) 353-7421
Facsimile: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:09-cv-00430-JAM-DAD |
| ) | |
| BRADLEY J. ELMER ET AL ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having read and considered the United States' Unopposed Application for Extension, the Court grants the United States' request to extend two deadlines from the Court's existing Scheduling Order in this case.

The Scheduling Order entered on April 15, 2009 (Dkt. No. 32) is modified as follows:

(1)  Rebuttal expert disclosures under Fed. R. Civ. P. 26(a)(2)(c) are to be completed on or before January 29, 2010; and

(2)  Discovery must be completed on or before March 31, 2010.

All other dates, duties, and rules expressed in the original Scheduling Order (Dkt. No. 32) remain the same.

IT IS SO ORDERED.

DATED: 01/21/2010

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Judge