IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 2:09-cv-00430-JAM-DAD |
| BRADLEY J. ELMER, ET AL., | ) | |
| Defendants. | ) | |

ORDER

Having read and considered the parties' Stipulation Regarding Trial Date, and finding that good cause exists for granting the same, the Court hereby so orders the Stipulation, and makes the following amendments to the Scheduling Order entered in this case on April 15, 2009 (Dkt. No. 32):

1.   The Parties' Joint Pre-Trial Statement shall be due August 4, 2010;

2.   The Final Pre-Trial Conference is set for August 11, 2010 at 3:00 p.m.; and

3.   Court trial in this matter is set for September 13, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 21, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge